IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID PAHER and PHILENA PAHER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.: 2:06cv297-DRB ) |
| UICI; MEGA LIFE & HEALTH INSURANCE COMPANY; NATIONAL ASSOCIATION FOR THE SELF EMPLOYED; STEPHANIE TRANCHINA; and FICTITIOUS DEFENDANTS "A," "B," and "C," whether singular or plural, are those other persons, corporations, firms, or other entities whose wrongful conduct caused or contributed to the cause of the injuries and damage to the plaintiff, all of whose true and correct names are unknown to the at this time, but which will be substituted by amendment when ascertained, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

   Defendant UICI hereby moves the Court for an additional three (3) weeks to file a responsive pleading in this matter so that the deadline to file a responsive pleading would be Friday, April 28, 2006. In support of this Motion, Defendant UICI states:

1. Defendant UICI will file a motion challenging this Court's personal jurisdiction over UICI pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Additional time is needed to prepare the necessary materials to support a challenge to the Court's jurisdiction.

2.	Defendant UICI also anticipates filing a motion to dismiss certain claims alleged against UICI pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Without waiving and while specifically reserving all defenses, including those under Rule 12 of the Federal Rules of Civil Procedure, UICI hereby requests this additional time to file a responsive pleading.

  /s/ E. Luckett Robinson, II
HENRY A. CALLAWAY, III (CALLH4748)
E. LUCKETT ROBINSON, II (ROBIE6110)
RODNEY R. CATE (CATER8568)
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, AL 36601
Telephone:	(251) 432-5511
Facsimile:	(251) 694-6375

Attorneys for Defendant The MEGA Life and Health Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that I have, April 6, 2006, served a copy of the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, as follows:

Thomas O. Sinclair, Esq.
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

James W. Lampkin II, Esq.
Pamela A. Moore, Esq.
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602

Allen G. Woodard, Esq.
1213 East Three Notch Street
Andalusia, Alabama 36420

  /s/ E. Luckett Robinson, II