**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID PAHER and** | ) | |
| **PHILENA PAHER** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:  2:06cv297-DRB** |
| | ) | |
| **UICI;** | ) | |
| **MEGA LIFE & HEALTH INSURANCE** | ) | |
| **COMPANY;** | ) | |
| **NATIONAL ASSOCIATION FOR THE** | ) | |
| **SELF EMPLOYED;** | ) | |
| **STEPHANIE TRANCHINA;** | ) | |
| **and FICTITIOUS DEFENDANTS** | ) | |
| **"A," "B," and "C," whether singular or** | ) | |
| **plural, are those other persons,** | ) | |
| **corporations, firms, or other entities** | ) | |
| **whose wrongful conduct caused or** | ) | |
| **contributed to the cause of the injuries** | ) | |
| **and damage to the plaintiff, all of** | ) | |
| **whose true and correct names are** | ) | |
| **unknown to the at this time,** | ) | |
| **but which will be substituted by** | ) | |
| **amendment when ascertained,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

UICI, pursuant to the Court's Corporate Disclosure Statement Order, hereby notifies the

Court that no parent company, subsidiary or affiliate currently has shares issued to the public.

                                         /s/ E. Luckett Robinson, II
                                         HENRY A. CALLAWAY, III (CALLH4748)
                                         E. LUCKETT ROBINSON, II (ROBIE6110)
                                         RODNEY R. CATE (CATER8568)
                                         Attorneys for Defendant The MEGA Life and
                                         Health Insurance Company

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
(251) 432-5511

## CERTIFICATE OF SERVICE

     I hereby certify that I have, on April 6, 2006, served a copy of the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, as follows:

| | |
|---|---|
| Thomas O. Sinclair, Esq. | James W. Lampkin II, Esq. |
| 2100-A SouthBridge Parkway, Suite 450 | Pamela A. Moore, Esq. |
| Birmingham, Alabama 35209 | One St. Louis Centre, Suite 5000 |
| | Mobile, Alabama 36602 |

Allen G. Woodard, Esq.
1213 East Three Notch Street
Andalusia, Alabama 36420

                                       /s/ E. Luckett Robinson, II