**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DAVID PAHER and** ) | |
| **PHILENA PAHER** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 2:06cv297-DRB** |
| ) | |
| **UICI;** ) | |
| **MEGA LIFE & HEALTH INSURANCE** ) | |
| **COMPANY;** ) | |
| **NATIONAL ASSOCIATION FOR THE** ) | |
| **SELF EMPLOYED;** ) | |
| **STEPHANIE TRANCHINA;** ) | |
| **and FICTITIOUS DEFENDANTS** ) | |
| **"A," "B," and "C," whether singular or** ) | |
| **plural, are those other persons,** ) | |
| **corporations, firms, or other entities** ) | |
| **whose wrongful conduct caused or** ) | |
| **contributed to the cause of the injuries** ) | |
| **and damage to the plaintiff, all of** ) | |
| **whose true and correct names are** ) | |
| **unknown to the at this time,** ) | |
| **but which will be substituted by** ) | |
| **amendment when ascertained,** ) | |
| ) | |
| **Defendants.** ) | |

**CORPORATE DISCLOSURE STATEMENT**

The MEGA Life and Health Insurance Company, pursuant to the Court's Corporate Disclosure Statement Order, hereby discloses that no parent company, subsidiary or affiliate currently has shares issued to the public.

    /s/ E. Luckett Robinson, II
HENRY A. CALLAWAY, III (CALLH4748)
E. LUCKETT ROBINSON, II (ROBIE6110)
RODNEY R. CATE (CATER8568)
Attorneys for Defendant The MEGA Life and
Health Insurance Company

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
(251) 432-5511

## CERTIFICATE OF SERVICE

      I hereby certify that I have, on April 6, 2006, served a copy of the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, as follows:

| | |
|---|---|
| Thomas O. Sinclair, Esq.<br>2100-A SouthBridge Parkway, Suite 450<br>Birmingham, Alabama 35209 | James W. Lampkin II, Esq.<br>Pamela A. Moore, Esq.<br>One St. Louis Centre, Suite 5000<br>Mobile, Alabama 36602 |

Allen G. Woodard, Esq.
1213 East Three Notch Street
Andalusia, Alabama 36420

                                                  /s/ E. Luckett Robinson, II