RECEIVED

APR - 3 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID PAHER and PHILENA PAHER, | * |
| Plaintiffs, | * |
| vs. | *   CIVIL ACTION NO.: 2:06cv297-DRB |
| UICI, et al., | * |
| Defendants. | * |

**CONSENT AND JOINDER IN NOTICE OF REMOVAL**

COMES NOW, defendant National Association for the Self-Employed, Inc., by and through its undersigned counsel, and files its consent and joinder in the removal of this action from the Circuit Court of Covington County, Alabama.[1]

Dated this 31st day of March, 2006.

_____
JAMES W. LAMPKIN II (LAMPJ7474)
PAMELA A. MOORE (MOORP5421)
Attorneys for Defendant
National Association for the Self-Employed, Inc.

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

---

[1] National Association for the Self-Employed, Inc. does not waive and specifically preserves any and all applicable defenses pursuant to Federal Rule of Civil Procedure 12, any administrative remedies available under the Insurance Certificate at issue, and any right to demand arbitration pursuant to any applicable agreement to arbitrate.

EXHIBIT 2

RECEIVED
APR - 3 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID PAHER and <br> PHILENA PAHER <br><br> Plaintiffs, <br><br> v. <br><br> UICI; <br> MEGA LIFE & HEALTH INSURANCE COMPANY; <br> NATIONAL ASSOCIATION FOR THE SELF EMPLOYED; <br> STEPHANIE TRANCHINA; <br> and FICTITIOUS DEFENDANTS "A," "B," and "C," whether singular or plural, are those other persons, corporations, firms, or other entities whose wrongful conduct caused or contributed to the cause of the injuries and damage to the plaintiff, all of whose true and correct names are unknown to the at this time, but which will be substituted by amendment when ascertained, <br><br> Defendants. | CIVIL ACTION NO.: 2:06cv297-DRB |

### DEFENDANT UICI'S CONSENT TO REMOVAL

Undersigned counsel, on behalf of Defendant UICI, hereby consents to the removal of this case to the United States District Court for the Middle District of Alabama, Northern Division,[1] pursuant to 28 U.S.C. §§ 1441 and 1446.

---

[1] UICI specifically preserves and does not waive any and all applicable defenses pursuant to Federal Rule of Civil Procedure 12, any administrative remedies available under the Certificate, and any right to demand arbitration pursuant to any applicable agreement to arbitrate.

*/s/ Rodney R. Cate*
HENRY A. CALLAWAY, III (CALLH4748)
E. LUCKETT ROBINSON, II (ROBIE6110)
RODNEY R. CATE (CATER8568)
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, AL 36601
Telephone:   (251) 432-5511
Facsimile:   (251) 694-6375

Attorneys for Defendant The MEGA Life and
Health Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, March 31, 2006, served a copy of the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, as follows:

Thomas O. Sinclair
CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Phone: (205) 803-0051
Fax:    (205) 803-0053

Allen G. Woodard
WOODARD, PATEL & SLEDGE
1213 East Three Notch Street
Andalusia, Alabama 36420
Phone: (334) 222-9115
Fax:    (334) 222-9448

James W. Lampkin, III
Pamela A. Moore
ALFORD, CLAUSEN, & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
Phone: (251) 432-1600
Fax:    (251) 432-1700

*/s/ Rodney R. Cate*

458778