IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID PAHER and PHILENA PAHER, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CASE NO. 2:06-cv-00297-DRB |
| | * | |
| UICI; MEGA LIFE & HEALTH INSURANCE COMPANY; NATIONAL ASSOCIATION FOR THE SELF EMPLOYED; STEPHANIE TRANCHINA, et al., | * * * * * * | |
| | * | |
| Defendants. | * | |

**NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, National Association for the Self-Employed, Inc., and pursuant to the Court's January 14, 2000 Corporate Disclosure Statement Order, hereby discloses that no parent company, subsidiary, or affiliate currently has issued shares to the public.

                                              *s/ Pamela A. Moore*_____
                                              JAMES W. LAMPKIN II (LAMPJ7474)
                                              PAMELA A. MOORE (MOORP5421)
                                              Attorneys for Defendant
                                              National Association for the Self-Employed, Inc.

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)
E-mail:       jwl@AlfordClausen.com
E-mail:       pam@AlfordClausen.com

CERTIFICATE OF SERVICE

    I hereby certify that on April 7, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Thomas O. Sinclair, Esq.
Campbell, Waller & Poer, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL  35209
E-mail:  tsinclair@cwp-law.com

Allen G. Woodard, Esq.
Woodard, Patel & Sledge
1213 East Three Notch Street
Andalusia, AL  36420
E-mail:  awoodard@alaweb.com

Henry R. Callaway, III, Esq.
E. Luckett Robinson, II, Esq.
Rodney R. Cate, Esq.
Hand Arendall, L.L.C.
P. O. Box 123
Mobile, AL  36601
E-mail:  hcallaway@handarendall.com
E-mail:  lrobinson@handarendall.com
E-mail:  rcate@handarendall.com

                                  *s/ Pamela A. Moore*_____
                                  COUNSEL