# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 17, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:    Paher et al v. UICI et al
       Civil Action No. 2:06-cv-00297-DRB

The above-styled case has been  reassigned to Judge W. Keith Watkins.

Please note that the case number is now  *2:06-cv-00297-WKW*.

This new case number should be used on all future correspondence and pleadings in this action.