IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID PAHER, ) | |
| PHILENA PAHER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-297-WKW |
| ) | |
| UICI, *et al.* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motions to Dismiss filed on April 6, 2006 (Doc. #3) and April 10, 2006 (Doc. 7), it is hereby

ORDERED that the motion be submitted without oral argument on May 15, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 8, 2006. The defendants may file a reply brief on or before May 15, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 17th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE