IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID PAHER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-297-WKW |
| ) | |
| UICI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on defendant UICI's Motion for Extension of Time to File Responsive Pleading (Doc. # 1), filed on April 6, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. The defendant shall file a response to the complaint on or before April 28, 2006.

DONE this the 18th day of April, 2006.

                      /s/  W. Keith Watkins
                      UNITED STATES DISTRICT JUDGE