AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____    District of _____ ALABAMA _____

David and Philina Paher,
Plaintiffs,

V.

UCIC, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    2:06-cv-00297-WKW-DRB

TO: (Name and address of Defendant)

Stephanie Tranchina-Hawes
903 Edwards Avenue
Fairhope, Alabama 36532

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas O. Sinclair
2100 Southbridge Pkwy, Suite 450
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

4/27/06

DATE