IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID PAHER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-297-WKW |
| ) | |
| UICI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendant UICI's Motion to Dismiss (Doc. # 12), filed on April 28, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on May 29, 2006.

It is further ORDERED that the plaintiffs file a response which shall include a brief and any evidentiary materials on or before May 22, 2006. The defendant may file a reply brief on or before May 29, 2006.

The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.

DONE this the 1st day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE