IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID PAHER, ) | |
| PHILENA PAHER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-297-WKW |
| ) | |
| UICI, *et al.* ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Based upon the parties' representations[1] to the court that the above-styled matter has settled, it is hereby

ORDERED that on or before January 22, 2007, the parties shall file a Joint Stipulation of Dismissal.

DONE this 21st day of December, 2006.

                                                                 /s/   W.  Keith Watkins
                                                           UNITED STATES DISTRICT JUDGE

---

[1] In a telephone conversation on this date, Attorney Rodney Reed Cate, counsel for the defendant, notified the court that this matter has settled.