IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID PAHER and<br>PHILENA PAHER<br><br>  Plaintiffs,<br><br>v.<br><br>UICI; MEGA LIFE & HEALTH<br>INSURANCE COMPANY; NATIONAL<br>ASSOCIATION FOR THE SELF<br>EMPLOYED; and STEPHANIE<br>TRANCHINA; et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.: 2:06cv297-WKW-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW Plaintiffs David and Philena Paher, by and through their undersigned counsel, and Defendants HealthMarkets, Inc., f/k/a UICI, and The MEGA Life and Health Insurance Company, by and through their undersigned counsel, and Defendant National Association for the Self-Employed, Inc., by and through its undersigned counsel, and stipulate that this action is dismissed, with prejudice, as to all Defendants.

_____
RODNEY R. CATE (CATER8568)
Attorneys for HealthMarkets, Inc., f/k/a UICI and
The MEGA Life & Health Insurance Company

OF COUNSEL:
HAND ARENDALL, L.L.C.
P.O. Box 123
Mobile, Alabama 36601-0123'
(251) 432-5511 Telephone
(251) 694-6375 Facsimile

_____
JAMES WAYNE LAMPKIN, II (LAMPJ7474)
PAMELA A. MOORE (MOORP5421)
Attorneys for Defendant National Association for the Self-Employed, Inc.

OF COUNSEL:
ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre
Suite 5000
Mobile, Alabama 36602-3929

_____
THOMAS O. SINCLAIR (SIN018)
Attorney for Plaintiffs David and Philena Paher

OF COUNSEL:
CAMPBELL, WALLER & POER
2100-A Southbridge Parkway, Suite 450
Birmingham, Alabama 35209
(205) 803-0051 Telephone
(205) 803-0053 Facsimile

566545_1

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Edward Luckett Robinson, II
Henry A. Callaway, III
Rodney Reed Cate
Hand, Arendall
Post Office Box 123
Mobile, AL 36601
**Attorneys for UICI and Mega Life**

James Wayne Lampkin, II
Pamela Ann Moore
Alford, Clausen & McDonald, LLC
One St. Louis Centre, Suite 5000
Mobile, AL 36602-3929
**Attorneys for NASE**

s/ Thomas O. Sinclair
Thomas O. Sinclair (SIN018)
Campbell, Waller, & Poer
2100-A Southbridge Parkway
Suite 450
Birmingham, AL 35209
E: tsinclair@cwp-law.com